UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO.: 24CR1853-W |
|---|---|
| Plaintiff, | ORDER GRANTING JOINT MOTION TO CONTINUE |
| v. | |
| GIOVANNI APODACA-RAMOS, | |
| Defendant. | |

**IT IS HEREBY ORDERED** that the Joint Motion to Continue and Exclude Time under the Speedy Trial Act is GRANTED. The October 7, 2024 Status Hearing is hereby continued to October 28, 2024, at 9:00 a.m. For the reasons set forth in the motion, time is excluded in the interests of justice, pursuant to 18 U.S.C. § 3161(h)(7)(A).

**IT IS SO ORDERED.**

DATED: 10/2/24

HONORABLE THOMAS J. WHELAN
UNITED STATES DISTRICT JUDGE